# GARCIA-ARREGUI & FULLANA LAW OFFICES

252 Ave. Ponce de León
Citibank Tower, Suite 1101
San Juan, PR 00918
Tel: (787) 766-2530
Fax: (787) 756-7800

THE MILLENIUM INSTITUTE FOR ANC INC
Calle Cosmes #8 Reparto San Lucas
Parcelas Canejas
San Juan PR 00926

March 02, 2010

Invoice # 10475

RE: Capitulo 11

## Professional Services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/1/2009 | AJG | receipt, review and lodging of document #191 RE: Notice of appearance and request for notice. | 0.20 | 40.00 |
| 11/3/2009 | AJG | receipt, review and lodging of document #192 RE: Order granted as unopposed. | 0.20 | 40.00 |
| 11/5/2009 | AJG | receipt, review and lodging of document #193 RE: Amended disclosure statement. Supplementing disclosure dated October 2009 | 0.30 | 60.00 |
| 11/7/2009 | AJG | receipt, review and lodging of the objection to First Amended Disclosure Statement and plan of reorganization filed by BPPR./ Attendance of meeting with Dr. Rafael Vilar, administrator of Millennium. | 2.60 | 520.00 |
| | AJG | receipt, review and lodging of US Trustee's motion to extend time for filling objection to disclosure statement filed by Nancy Pujals, Esq | 0.30 | 60.00 |
| | AJG | Phone call with Dr. Vilar RE: Objection to the disclosure statement filed by BPPR and The US Bankruptcy. | 0.80 | 160.00 |
| 11/11/2009 | AJG | receipt, review and lodging of document #198 RE: Motion for allowance of administrative payment filed by Eduardo Corretjer./ Phone call with debtor. RE: Status of payment to PREPA. | 0.60 | 120.00 |

THE MILLENIUM INSTITUTE FOR ANC INC  
Page 2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/13/2009 | AJG | receipt, review and lodging of document #202 RE: Motion for allowance for administrative payment in the amount of $34,565.82 filed by Alejandro Suarez | 0.20 | 40.00 |
| 11/19/2009 | AJG | receipt, review and lodging of document #205 RE: Notice of filing of motion for allowance and payment of administrative expenses | 0.20 | 40.00 |
| 12/1/2009 | AJG | receipt, review and study of objection to supplement to First Amended Disclosure Statement filed by Agustin Fortuño and meeting with Dr. Vilar | 1.20 | 240.00 |
| | AJG | receipt, review and lodging of document #212 RE: UST Position regarding debtor's disclosure statement. | 0.30 | 60.00 |
| 12/2/2009 | AJG | receipt, review and lodging of document #213 RE: Urgent motion of additional appearance, objection and request to be excused from the hearing scheduled on December 4, 2009. | 0.10 | 20.00 |
| 12/16/2009 | AJG | receipt, review and lodging of motion requesting entry of order filed by PREPA and meeting with Dr. Vilar. RE: Status payment to PREPA | 1.50 | 300.00 |
| 12/17/2009 | AJG | Phone call with Ms. Daisy Montañez (Manager of Bankruptcy court IRS) RE: Proof claim/ IRS Meeting with Dr. Vilar. /RE: Payment made to IRS | 1.80 | 360.00 |
| | AJG | Phone call with attorney RE: Request of motion to lift stay to continue proceeding at the local court- Superior Court. | 0.30 | 60.00 |
| | AJG | Various phone conferences with IRS/ Ms. Daisy Montañez RE: Post petition time. Payments | 0.40 | 80.00 |
| 12/25/2009 | AJG | receipt, review and lodging of minute entry from Friday December 4, 2009: Objection to the disclosure statement | 0.30 | 60.00 |
| 1/19/2010 | AJG | Receipt, review and lodging of order approving the DS | 0.30 | 60.00 |
| 1/20/2010 | AJG | Receipt, review and lodging of document #233 RE: Motion requesting entry of order granting docket #202 | 0.10 | 20.00 |
| | AJG | Receipt, review and lodging of motion filed by State Insurance Corp. RE: Request payment of administration expenses ($34,565.82) (Doc #233) | 0.20 | 40.00 |
| 1/27/2010 | AJG | Receipt, review and lodging of document #235 RE: Motion resigning legal representation. | 0.10 | 20.00 |

THE MILLENIUM INSTITUTE FOR ANC INC                                                                          Page    3

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/4/2009 | IMF | Draft amended to Disclosure Statement./ Letter to ACAA | 2.80 | 560.00 |
| 11/5/2009 | IMF | Draft to Supplemental Disclosure Statement. Email memo to Lic. Badillo (Banco Popular). Phone call to CPA office RE: Status audited statements. | 2.80 | 560.00 |
| 11/16/2009 | IMF | Motion/ Objection to Disclosure Statement | 0.60 | 120.00 |
| 11/17/2009 | IMF | receipt, review and lodging of motion requesting payment of administrative expense. | 0.60 | 120.00 |
| 11/23/2009 | IMF | Legal Research- Treatment of contingent claims in Chapter 11 | 2.00 | 400.00 |
| 11/25/2009 | IMF | Drafting filing motion/ Disclosure statement correction as to number case filing | 0.60 | 120.00 |
| 11/28/2009 | IMF | receipt, review and lodging of monthly reports for October 2009 | 0.30 | 60.00 |
| 11/30/2009 | IMF | receipt, review and lodging of objection to Disclosure Statement filed by Banco Popular. / Legal Research contingent claim | 3.00 | 600.00 |
| | IMF | Legal Research contingent claim in Chapter 11 Case. Objection filed by Banco Popular | 2.00 | 400.00 |
| 12/1/2009 | IMF | Legal Research as to equity interest extinguished by confirmation. | 2.00 | 400.00 |
| 12/2/2009 | IMF | Draft final./ Reply to opposition to Disclosure Statement. | 3.80 | 760.00 |
| 12/3/2009 | IMF | Final correction to reply | 1.00 | 200.00 |
| 12/4/2009 | IMF | Court Hearing Disclosure Statement. | 2.80 | 560.00 |
| 12/17/2009 | IMF | receipt, review and lodging from IRS memo to client/ Meeting with IRS Monday December 21, 2009 | 0.80 | 160.00 |
| 12/18/2009 | IMF | receipt, review and lodging of list of check paid to IRS. Phone conference with Dr. Vilar | 0.30 | 60.00 |
| 12/21/2009 | IMF | Meeting with Ms. Daysi Montañez, IRS RE: Payment to post petition claims present administrator Dr. Rafael Vilar | 1.50 | 300.00 |
| 12/22/2009 | IMF | Review transcript hearing held on December 4, 2009 | 0.80 | 160.00 |
| 12/23/2009 | IMF | Initial draft Supplemental disclosure statement and plan amended. | 1.80 | 360.00 |

THE MILLENIUM INSTITUTE FOR ANC INC                                                                 Page    4

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/24/2009 | IMF | Final drafting to Disclosure Statement and motion in compliance with Court Order | 2.50 | 500.00 |
| 12/28/2009 | IMF | Draft notice supplement disclosure review monthly report of November | 0.60 | 120.00 |
| 12/31/2009 | IMF | receipt, review and lodging of order granting withdraw of counsel. | 0.10 | 20.00 |
| 1/9/2010 | IMF | Conference with Administrator as to further reduction, privatization the cleaning employees. | 0.60 | 120.00 |
| 1/19/2010 | IMF | Receipt, review and lodging of order approving Disclosure Statement. Prepare ballots and tramital copies of Disclosure Statement | 2.00 | 400.00 |
| 1/20/2010 | IMF | Drafting Ballots | 0.80 | 160.00 |
| | IMF | Phone call with administrator Dr. Vilar RE: Prepare for confirmation Ballots/ Status ACAA | 0.60 | 120.00 |
| 1/21/2010 | IMF | Phone call with Lic. Gonzalez Irizarry/ Conference with administrator Dr. Vilar RE: ACAA | 0.60 | 120.00 |
| | IMF | Phone call to Lic. González Irizarry RE: Bloquear cuenta balance en cheque/ Cargo: $65.00 | 0.20 | 40.00 |
| 1/25/2010 | IMF | Phone call with assistant of debtor as to status of Ballots. | 0.60 | 120.00 |
| 1/26/2010 | IMF | Phone call with Evelyn Rosa/ Complaint for damages/ Copy of plan and Ballot. | 0.60 | 120.00 |
| | IMF | Meeting with administrator Dr. Rafael Vilar RE: Status of case/ Preparing for confirmation procurement of Ballots. | 0.60 | 120.00 |
| | IMF | Review and file monthly report for December 2009 | 0.20 | 40.00 |
| 1/27/2010 | IMF | List of equity interest holders. | 0.60 | 120.00 |
| 2/3/2010 | IMF | Review monthly report of December 2009. | 0.60 | 120.00 |
| 2/4/2010 | IMF | Phone call Díaz Olmo RE: Meeting | 0.60 | 120.00 |
| | IMF | Review of documents MTL Stay filed by Mr Meltz | 0.80 | 160.00 |
| | IMF | Draft of Ballots for B.D and SBA Administration | 0.60 | 120.00 |

THE MILLENIUM INSTITUTE FOR ANC INC                                                         Page     5

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 2/4/2010 | IMF | Phone call with Lic. González. RE: Small Business/ Marketing | 0.20 | 40.00 |
| 2/10/2010 | IMF | Receipt, review and lodging of ballots RE: Confirmation | 0.60 | 120.00 |
| | IMF | Meeting with Lic Gonzalez Irizarry RE: Ballots | 0.20 | 40.00 |
| 2/19/2010 | IMF | Phone call with Mr Jose Colon Santana RE: Motion to lift stay | 0.20 | 40.00 |
| | IMF | Preparation of 1129 | 2.00 | 400.00 |
| | IMF | Final drafting 1129 statement | 1.00 | 200.00 |
| 2/22/2010 | IMF | Phone call with Mr Albert Tavárez RE: Projections and assumption. | 0.20 | 40.00 |
| | IMF | Prepare for confirmation hearing. | 0.20 | 40.00 |
| 2/23/2010 | IMF | Prepare for hearing confirmation. Review of projections. | 1.20 | 240.00 |
| | IMF | Final draft joint motion for lift of stay | 0.30 | 60.00 |
| | IMF | Phone call with Lic. Colón RE: Joint motion to lift stay. | 0.10 | 20.00 |
| | IMF | Meeting with President and Accountant RE: Testimony in favor of confirmation. | 1.00 | 200.00 |
| 2/25/2010 | IMF | Phone call with Ms Daisy Montañez (IRS) RE: Confirmation for meeting | 0.60 | 120.00 |
| | IMF | Prepare for Dr. Vilar's confirmation | 2.00 | 400.00 |
| | IMF | Phone call with Lic. Wally De La Rosa RE: Pagos Phone call with administrator Dr Vilar RE: Evidence of payments | 0.60 | 120.00 |
| 2/26/2010 | IMF | Prepare facts and evidence for Hearing on confirmation. | 0.80 | 160.00 |
| | IMF | Court Appearance for Hearing on confirmation (9:00 am to 10:30 am) | 1.50 | 300.00 |
| | IMF | Meeting with President as to procedure after confirmation. | 0.30 | 60.00 |
| | | For professional services rendered | 67.70 | $13,540.00 |

THE MILLENIUM INSTITUTE FOR ANC INC                                                                                    Page    6

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Andres J. Garcia- Arregui | 12.00 | 200.00 | $2,400.00 |
| Isabel M. Fullana | 55.70 | 200.00 | $11,140.00 |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 11/5/2009 | cost of use pacer system filing of motions/ receiving from court | 0.24 |
| 11/9/2009 | cost of use pacer system filing of motions/ receiving from court | 0.08 |
| 12/2/2009 | cost of use pacer system filing of motions/ receiving from court | 4.72 |
|  | cost of use pacer system filing of motions/ receiving from court | 5.76 |
| 12/3/2009 | cost of use pacer system filing of motions/ receiving from court | 1.20 |
| 12/24/2009 | cost of use pacer system filing of motions/ receiving from court | 0.56 |
|  | cost of use pacer system filing of motions/ receiving from court | 1.20 |
| 12/28/2009 | cost of use pacer system filing of motions/ receiving from court | 0.08 |
| 11/5/2009 | Fax: Carta enviada al Dr. Vilar RE: Carlos Cabrera | 0.20 |
| 11/6/2009 | Postage: Notice | 0.44 |
|  | Copying cost: Notice | 14.40 |
| 11/9/2009 | Copying cost: Notice and certificate of mailing | 0.10 |
|  | Copying cost: Notice of electronic filling application for compensation | 0.30 |
| 11/10/2009 | Fax: Carta de auditoría fechada el 9 de noviembre de 2009 Recibido por el Dr. Vilar | 0.20 |
| 11/13/2009 | Postage: Notice | 56.76 |
|  | Copying cost: Notice | 12.90 |
| 11/16/2009 | Fax: Estado de situación y carta | 0.20 |
| 11/18/2009 | Copying cost: Notice of electronic filling motion requesting entry of order approving stipulation | 0.30 |
|  | Copying cost: Notice of electronic filling amended disclosure statement supplementing dated October 2009 | 0.10 |

THE MILLENIUM INSTITUTE FOR ANC INC                                                                                  Page     7

|  |  | Amount |
|---|---|---:|
| 11/18/2009 | Copying cost: Notice of electronic filing motion for allowance of administrative payment | 0.30 |
| 11/21/2009 | Copying cost: Account Statement | 0.60 |
| 11/25/2009 | Copying cost: Notice of electronic filing amended chapter 11 Plan correction as to case number | 0.30 |
|  | Copying cost: Notice of electronic filing operating report for the period of October 1, 2009 to October 31, 2009. | 0.50 |
|  | Copying cost: UST motion to extended time for filing objection to disclosure statement. | 0.40 |
| 12/1/2009 | cost of use pacer system filing of motions/ receiving from court | 0.96 |
| 12/2/2009 | Postage: First Amended Disclosure Statement. | 11.50 |
| 12/4/2009 | Cost of parking : Estacionamiento Paseo Portuario | 14.07 |
| 1/19/2010 | Copying cost: Notice | 10.90 |
|  | Copying cost: Sorted copies letter size (Color Print) | 438.17 |
| 1/20/2010 | Postage: Mailing | 56.76 |
|  | Fax: Order approving DS | 0.20 |
| 1/22/2010 | Postage: Mailing | 35.88 |
|  | Postage: Mailing | 10.12 |
| 1/26/2010 | Postage: Class Unsecured claims (6) ballot for accepting or rejecting plan of reorganization, order approving DS and supplemented DS and per order dated December 14, 2009, debtor' amended plan of reorganization dated on December 24, 2009, payment under the plan of reorganization. | 1.90 |
| 2/4/2010 | Fax: Ballot 3 | 0.20 |
|  | Oficina Lic Jose Gonzalez | 10.00 |
| 2/5/2010 | Postage: Mailing | 51.48 |
| 2/8/2010 | Postage: Mailing | 15.60 |
| 2/10/2010 | Fax: Tabla de Amortigacion al Dr Vilar | 0.40 |
| 2/17/2010 | Fax: Certificación de deuda enviada a Samy | 0.20 |
| 2/19/2010 | cost of use pacer system filing of motions/ receiving from court | 1.84 |

THE MILLENIUM INSTITUTE FOR ANC INC                                                           Page    8

|            |                                                                      | Amount    |
|------------|----------------------------------------------------------------------|-----------|
| 2/23/2010  | cost of use pacer system filing of motions/ receiving from court     | 0.32      |
| 2/25/2010  | cost of use pacer system filing of motions/ receiving from court     | 3.36      |
| 2/26/2010  | cost of use pacer system filing of motions/ receiving from court     | 1.68      |
|            | Total costs                                                          | $767.38   |
|            | Total amount of this bill                                            | $14,307.38|

I HEREBY CERTIFY THAT THE PRESENT INVOICE HAS NOT BEEN PAID